**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

UNITED STATES OF AMERICA     )
     )
     )
v.     )     Criminal No. 3:15-00151-2
     )     Judge Trauger
JOHNATHAN WALKER     )
     )

## O R D E R

It is hereby **ORDERED** that the Judgment entered on April 26, 2016 (Docket No. 73) i**s**

**AMENDED** on page 6 by changing "The defendant shall forfeit..." to read "The defendant has

abandoned defendant's interest in The Jimenez, model JA Nine, 9mm caliber pistol."

It is so **ORDERED**.

ENTER this 3rd day of May 2016.

_____
ALETA A. TRAUGER
U.S. District Judge